OKLAHOMA RECEIVED
OKLAHOMA INSURANCE DEPARTMENT
MAY 1 4 2010
SERVICE OF PROCESS

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| NICOLAS LOPEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FARMERS INSURANCE COMPANY, INC., a foreign corporation, d/b/a Farmers Insurance Group, | ) ) ) ) |
| Defendant. | ) ) |

CJ-2010-4000 (?)

## SUMMONS

To the above-named defendant:    FARMERS INSURANCE COMPANY, INC.

_____

_____

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. A copy of your Answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you, including costs of the action.

Issued this __10__ day of __MAY__, 2010.

Oklahoma County Court Clerk

(SEAL)                                    by: _____
                                                Deputy Court Clerk

Attorney for Plaintiff:
Kevin Bennett, OBA #14185
414 N.W. 4th Street, Suite 200
Oklahoma City, OK 73102
(405) 272-0303

This summons was served on _____ and you must answer the Petition within twenty (20) days after this date.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED NOW SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED ABOVE.