# IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| NICOLAS LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE COMPANY, INC., a foreign corporation, d/b/a Farmers Insurance Group,<br><br>Defendant. | No. CJ-2010-4000<br>(Civil relief more than $10,000:<br>BAD FAITH INSURER LIABILITY)<br><br>Filed: 05/10/2010<br><br>Judge: Gray, Twyla Mason |
|---|---|

## Parties

Farmers Insurance Company, Inc. , Defendant
Lopez, Nicolas , Plaintiff

## Attorneys

**Attorney**
BENNETT, KEVIN(Bar # 14185)
414 N W 4TH SUITE 200
OKLAHOMA CITY, OK 73102

**Represented Parties**
Lopez, Nicolas

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**                              Issue: BAD FAITH INSURER LIABILITY (INSURE)
                                            Filed by: Lopez, Nicolas
                                            Filed Date: 05/10/2010
**Party Name:**                             **Disposition Information:**

                                            Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | |
|---|---|---|---|---|---|---|---|
| 05-10-2010 | TEXT | 1 | | 63535024 | May 10 2010 9:57:05:640AM | OSCN\LillieHartpence - | $ 0.00 |

CIVIL RELIEF MORE THAN $10,000 INITIAL FILING.

| 05-10-2010 | INSURE | - | | 63535026 | May 10 2010 9:57:05:680AM | OSCN\LillieHartpence Realized | $ 0.00 |

BAD FAITH INSURER LIABILITY

| Date | Code | | Ref | Timestamp | User | Status | Amount |
|---|---|---|---|---|---|---|---|
| 05-10-2010 | DMFE | - | 63535027 | May 10 2010 9:57:05:700AM | SYSTEM\Autodocket | Realized | $ 2.00 |

DISPUTE MEDIATION FEE($ 2.00)

05-10-2010 PFE1    -    63535028  May 10 2010 9:57:05:700AM  SYSTEM\Autodocket  Realized  $ 150.00

PETITION($ 150.00)

05-10-2010 PFE7    -    63535029  May 10 2010 9:57:05:700AM  SYSTEM\Autodocket  Realized  $ 6.00

LAW LIBRARY FEE($ 6.00)

05-10-2010 OCISR    -    63535030  May 10 2010 9:57:05:700AM  SYSTEM\Autodocket  Realized  $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

05-10-2010 LTF    -    63535031  May 10 2010 9:57:05:760AM  OSCN\LillieHartpence  Realized  $ 10.00

LENGTHY TRIAL FUND($ 10.00)

05-10-2010 SMF    -    63535032  May 10 2010 9:57:05:840AM  OSCN\LillieHartpence  Realized  $ 5.00

SUMMONS FEE (CLERKS FEE)($ 5.00)

05-10-2010 P    -    63558695  May 12 2010 10:44:27:683AM  OSCN\MatthewKlein  -  $ 0.00

PETITION
📄 Document Available (#1012434866)

05-10-2010 TEXT    -    63535025  May 10 2010 9:57:05:660AM  OSCN\LillieHartpence  -  $ 0.00

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE GRAY, TWYLA MASON TO THIS CASE.

05-10-2010 ACCOUNT -    63535056  May 10 2010 9:57:47:990AM  OSCN\LillieHartpence  -  $ 0.00

RECEIPT # 2010-2364632 ON 05/10/2010.
PAYOR:DAVID L SMITH LLC TOTAL AMOUNT PAID: $198.00.
LINE ITEMS:
CJ-2010-4000: $155.00 ON AC01 CLERK FEES.
CJ-2010-4000: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2010-4000: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2010-4000: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2010-4000: $10.00 ON AC81 LENGTHY TRIAL FUND.

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| Farmers Insurance Company, Inc. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Lopez, Nicolas | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 198.00 | $ 198.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 198.00 | $ 198.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at June 2, 2010 15:48 PM

End of Transmission.

I, PATRICIA PRESLEY, Court Clerk for Oklahoma County, Okla., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the District Court Clerks Office of Oklahoma County, Okla., this _2_ day of _June_, 20_10_

By _____ PATRICIA PRESLEY, Court Clerk
                                        Deputy