IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) NICOLAS LOPEZ, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>(1) FARMERS INSURANCE COMPANY, )<br>INC., a Kansas corporation, )<br>)<br>    Defendant. ) | Case No. CIV-10-584-HE |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Nicolas Lopez and Defendants, Farmers Insurance Company, Inc. and Farmers Insurance Exchange and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter. Further, Plaintiff, Nicolas Lopez and Defendants, Farmers Insurance Company, Inc. and Farmers Insurance Exchange stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff, Nicolas Lopez and Defendants, Farmers Insurance Company, Inc. and Farmers Insurance Exchange respectfully pray for an Order of the Court dismissing the above-styled and numbered cause with prejudice.

Respectfully submitted this 11th day of July, 2011.

BY: s/ Kent R. McGuire
(*I certify that I have the signed original of this documents, which is available for inspection at any time by the Court or a party to this action.)
Kent R. McGuire, OBA No. 13150
Joe E. White, Jr., OBA No. 12930
White & Weddle, P.C.
5532 N. Western
Oklahoma City, OK 73118
Telephone: 405-858-8899
Email: kent@whiteandweddle.com

- and -

Kevin Bennett, OBA No. 14185
David Smith, OBA No. 14650
414 N.W. 4th Street, Suite 200
Oklahoma City, OK 73102
Telephone: 405-272-0303
*Attorneys for Plaintiffs*


BY: s/ Sheila R. Benson
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
EDMONDS COLE LAW FIRM
7 S. Mickey Mantle Drive, Second Floor
Oklahoma City, OK 73104
Phone: 405/272-0322
Fax:    405/235-4654
Email: sbenson@edmondscole.com
*Attorneys for Defendants,*
*Farmers Insurance Company, Inc. and*
*Farmers Insurance Exchange*